# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01501-RFB-PAL

**ORDER**

Petitioner having filed a motion for extension of time (ECF No. 31), and good cause appearing;

IT IS THEREFORE ORDERED that petitioner's motion for extension of time (ECF No. 31) is **GRANTED**. Petitioner will have through February 7, 2018, to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings.

DATED: January 18, 2018.

RICHARD F. BOULWARE, II
United States District Judge