# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01501-RFB-PAL

**ORDER**

    Respondents have filed a motion to strike proper person filing (ECF No. 30). The court agrees with respondents. The court provisionally had appointed counsel when petitioner filed his notice (ECF No. 29). Petitioner now must make his requests through counsel.

    IT IS THEREFORE ORDERED that respondents' motion to strike proper person filing (ECF No. 30) is **GRANTED**. The clerk of the court shall **STRIKE** petitioner's proper person notice (ECF No. 29).

    DATED: March 8, 2018.

                                                          _____
                                                          RICHARD F. BOULWARE, II
                                                          United States District Judge