RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KIMBERLY SANDBERG
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
(702) 388-5819 (fax)
Kimberly_Sandberg@fd.org

Attorney for Petitioner Oscar Perez-Marquez

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ,, <br><br> Petitioner, <br><br> v. <br><br> JO GENTRY, ET AL.,, <br><br> Respondents. | Case No. 2:17-cv-01501-RFB-PAL <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS** <br><br> **(FIRST REQUEST)** |

Petitioner Oscar Perez-Marquez, by counsel, moves this Court for the entry of Order extending the time within which he must file a Second Amended Petition for Writ of Habeas Corpus by 91 days from April 9, 2018 to and including July 9, 2018. Perez-Marquez's request is based on the record in this case and the attached Points and Authorities. The state, by Deputy Attorney Sheryl Serreze, does not object to this request.

# POINTS AND AUTHORITIES

1. On December 18, 2017 the Office of the Federal Public Defender was appointed as counsel for Petitioner, Oscar Perez-Marquez (ECF No.24). Undersigned counsel filed her appearance on February 7, 2018 (ECF No. 34).

2. This is Perez-Marquez's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice, as well as in the interests of Perez-Marquez.

3. Counsel's schedule and circumstances beyond her control have precluded her from meeting the current deadline of April 9, 2018. On February 27, 2018, counsel travelled to Saguaro, AZ to meet with Perez-Marquez for the first time. At this meeting, counsel learned that extensive investigation may be necessary for the filing of an Amended Petition in his case. Furthermore, the office of the Federal Public Defender has been diligently trying to obtain prior counsel files, but to date, has not been able to gather all of prior counsels' files. Furthermore, counsel has filed three petitions in the past 30 days, one of which had AEDPA time, and will file another petition on April 13, 2018. Counsel is preparing an evidentiary hearing in state court, and counsel has filed various other pleadings in the weeks prior.

4. On April 5, 2018, counsel e-mailed Deputy Attorney Sheryl Serreze regarding her requested extension. On April 5, 2018, she responded that she does not object to this request. However, Ms. Serreze's lack of objection does not constitute a waiver of any procedural defenses Respondents may wish to raise in response to the amended petition including, but not limited to, timeliness, procedural default, and questions of exhaustion.

5. The requested extension is necessary for counsel to complete her review of the case and to draft and file the Amended Petition for Writ of Habeas Corpus. For these reasons, as well as the record in this case, Perez-Marquez respectfully asks this

Court to grant his request to extend the time for filing a Second Amended Petition by 90 days until July 9, 2018.

Dated this 9th day of April, 2018.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender

*/s/Kimberly Sandberg*
KIMBERLY SANDBERG
Assistant Federal Public Defender


IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: April 11, 2018.

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2018, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, District of Nevada by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system and include: Sheryl Serreze.

I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage pre-paid, or have dispatched it to a third party commercial carrier for delivery within three calendar days, to the following non-CM/ECF participants:

Oscar Perez-Marquez
No. 91579
Saguaro Correctional Center
1250 E Arica Rd
Eloy, AZ 85131

*/s/ Jessica Pillsbury*
An Employee of the
Federal Public Defender