# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ,<br><br>        Petitioner,<br><br>   v.<br><br>JO GENTRY, et al.,<br><br>        Respondents. | Case No. 2:17-cv-01501-RFB-PAL<br><br>**ORDER** |

The court having appointed Mary Lou Wilson to represent petitioner, and good cause appearing;

IT THEREFORE IS ORDERED that petitioner will have sixty (60) days from the date of entry of this order to file a second amended petition for a writ of habeas corpus.

DATED:

                                                RICHARD F. BOULWARE, II
                                                United States District Judge

1