# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

    Petitioner,

v.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01501-RFB-PAL

**ORDER**

On February 12, 2019, the court granted the motion of Mary Lou Wilson to withdraw as counsel for petitioner. ECF No. 45. On February 25, 2019, the court appointed David K. Neidert to represent petitioner. ECF No. 46.

The court will give Neidert time to become familiar with the case. The operative petition is the proper-person first amended petition. ECF No. 18. When the court provisionally appointed the Federal Public Defender and subsequently appointed Wilson, the court gave petitioner leave to file a counseled second amended petition. ECF No. 24, ECF No. 42. Petitioner still needs to file that second amended petition.

///

///

///

///

IT THEREFORE IS ORDERED that petitioner will have ninety (90) days from the date of entry of this order to file a second amended petition for a writ of habeas corpus.

DATED: March 7, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge