UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

*Petitioner,*

v.

JO GENTRY, *et al.,*

*Respondents.*

Case No. 2:17-cv-01501-RFB-BNW

**ORDER**

For good cause shown,

IT IS ORDERED that petitioner's proper person sealed motion (ECF No. 49) is GRANTED, and Mr. Neidert shall file a notice within fourteen (14) days of entry of this order certifying that he has contacted Mr. Perez-Marquez to discuss the status of the case and to again provide him his contact information, which petitioner asserts was taken from him at the prison following their initial consultation.

IT IS FURTHER ORDERED that petitioner's motion for enlargement of time (ECF No. 50) is GRANTED, and the time for petitioner to file a second amended petition is extended up to and including July 22, 2019.

DATED: June 21, 2019

_____
RICHARD F. BOULWARE, II
United States District Judge

1