# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ, | Case No. 2:17-cv-01501-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed a motion for enlargement (second request) (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement (second request) (ECF No. 54) is **GRANTED**. Petition will have up to and including September 5, 2019, to file a second amended petition.

DATED: July 23, 2019.

RICHARD F. BOULWARE, II
United States District Judge