# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ, | Case No. 2:17-cv-01501-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed a motion for enlargement (third request) (ECF No. 66) and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for enlargement (third request) (ECF No. 66) is **GRANTED**. Petition will have up to and including November 4, 2019 to file a second amended petition.

DATED: September 6, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge