UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| OSCAR PEREZ-MARQUEZ, | Case No. 2:17-cv-01501-RFB-BNW |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

This is a habeas corpus action under 28 U.S.C. § 2254.  Respondents have filed a Motion for Clarification.  ECF No. 76.  Respondents correctly note that the due date that the Court set for Respondents to file an answer or other response to the Second Amended Petition (ECF No. 68) was erroneously set as 60 days after service of the Second Amended Petition.  ECF No. 75 at 2.  The correct due date should have been 60 days after entry of the scheduling order.

IT THEREFORE IS ORDERED that Respondents' Motion for Clarification (ECF No. 76) is **GRANTED**.  Respondents must file an answer or other response to the Second Amended Petition (ECF No. 68) up to and including July 27, 2020.  The other terms of the scheduling order (ECF No. 75) remain in effect.

DATED: July 20, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1