UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ,<br><br>              Petitioner,<br><br>     v.<br><br>JO GENTRY, et al.,<br><br>              Respondents. | Case No. 2:17-cv-01501-RFB-BNW<br><br>**ORDER** |

Respondents having filed an unopposed Motion for Enlargement of Time (first request) (ECF No. 78), and good cause appearing;

IT THEREFORE IS ORDERED that Respondents' unopposed Motion for Enlargement of Time (first request) (ECF No. 78) is **GRANTED**.  Respondents will have up to and including September 25, 2020, to file and serve their response to the Second Amended Petition (ECF No. 68).

DATED: July 29, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1