UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

Petitioner,

v.

JO GENTRY, et al.,

Respondents.

Case No. 2:17-cv-01501-RFB-BNW

**ORDER**

Currently before the court are two motions. First, counsel for petitioner, David Neidert, has requested permission to withdraw because he has not sought reappointment to the CJA Panel and is winding down his legal practice. ECF No. 85. Second, Neidert has asked the court to stay the action while replacement counsel is located. ECF No. 86. The court grants both requests.

IT THEREFORE IS ORDERED that the motion to withdraw (ECF No. 85) is **GRANTED**. The representation of petitioner by David Neidert is terminated.

IT FURTHER IS ORDERED that the clerk of the court send a copy of this order to Kim Driggers at the Office of the Federal Public Defender, who must locate substitute counsel for petitioner.

IT FURTHER IS ORDERED that the clerk of the court send a copy of this order to petitioner himself, Oscar Perez-Marquez, #91579, Southern Desert Correctional Center, P.O. Box 208, Indian Springs, NV 89070.

//

//

//

IT FURTHER IS ORDERED that the motion to stay proceedings (ECF No. 86) is **GRANTED**. The clerk of the court is directed to administratively close this action until such time as the court orders the action to be reopened.

DATED: November 19, 2020.

RICHARD F. BOULWARE, II
United States District Judge