# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ, | Case No. 2:17-cv-01501-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed a motion for extension of time (first request) (ECF No. 94), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's motion for extension of time (first request) (ECF No. 94) is **GRANTED**. Petitioner will have up to and including June 2, 2021, either to respond to the pending motion to dismiss (ECF No. 81) or to file a motion for leave to file a third amended petition with the proposed amended petition attached to the motion.

DATED: February 1. 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge