RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ, <br> Petitioner, <br> vs. <br> JO GENTRY, et al. <br> Respondents. | Case No. 2:17-cv-01501-RFB-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME (Second Request)** |

Comes now Petitioner, Oscar Perez-Marquez, by and through his attorney, Jamie J. Resch, and Respondents, Jo Gentry, et. al., by and through their attorney Trisha Chapman, Esq., and hereby stipulate to a sixty-day extension of time, extending the due date to August 2, 2021, for Petitioner to file a response to the pending motion to dismiss (ECF #81) or to file a motion for leave to file a third amended petition with the proposed amended petition attached to the motion.

| DEPUTY ATTORNEY GENERAL | RESCH LAW, PLLC |
|---|---|
| _____ | /s/ Jamie J. Resch |
| TRISHA CHAPMAN | JAMIE J. RESCH |
| Attorney for Respondents | Attorney for Petitioner |
| Dated this 19th day of May, 2021 | Dated this 19th day of May, 2021 |

1

## ORDER

Based upon the foregoing stipulation between the parties, IT IS ORDERED that Petitioner shall either respond to the pending motion to dismiss (ECF #81) or file a motion for leave to file a third amended petition with the proposed amended petition attached to the motion by August 2, 2021.

IT IS SO ORDERED.

DATED this __19th__ day of _____May_____, 2021.

_____
RICHARD E. BOULWARE, II
United States District Court