RESCH LAW, PLLC d/b/a Conviction Solutions
By: Jamie J. Resch
Nevada Bar Number 7154
2620 Regatta Dr., Suite 102
Las Vegas, Nevada, 89128
Telephone (702) 483-7360
Facsimile (800) 481-7113
Jresch@convictionsolutions.com
Attorney for Petitioner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ,<br>               Petitioner,<br>vs.<br>JO GENTRY, et al.<br>               Respondents. | Case No. 2:17-cv-01501-RFB-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME (Third Request)** |

      Comes now Petitioner, Oscar Perez-Marquez, by and through his attorney, Jamie J. Resch, and Respondents, Jo Gentry, et. al., by and through their attorney Trisha Chapman, Esq., and hereby stipulate to a sixty-day extension of time, extending the due date from August 2, 2021 to October 1, 2021, for Petitioner to file a response to the pending motion to dismiss (ECF #81) or to file a motion for leave to file a third amended petition with the proposed amended petition attached to the motion.

      Petitioner represents:  That a long, in-person client meeting was finally completed last week, and the results of that interview (completed in Spanish) are still being reviewed, with a likely focus on preparing a declaration from the client that will be relevant to issues anticipated to be fully explained in a proposed amended petition.  A draft of an amended

petition was already provided to Mr. Perez-Marquez, so it is hoped this would be the last extension requested.

Respondents do not waive any potential procedural defenses to the existing or future federal petitions, including but not limited to timeliness.

| DEPUTY ATTORNEY GENERAL | RESCH LAW, PLLC |
|---|---|
| /s/ *signature* | /s/ Jamie J. Resch |
| TRISHA CHAPMAN | JAMIE J. RESCH |
| Attorney for Respondents | Attorney for Petitioner |
| Dated this 27th day of July, 2021 | Dated this 27th day of July, 2021 |

## ORDER

Based upon the foregoing stipulation between the parties, IT IS ORDERED that Petitioner shall either respond to the pending motion to dismiss (ECF #81) or file a motion for leave to file a third amended petition with the proposed amended petition attached to the motion by October 1, 2021.

IT IS SO ORDERED.

DATED this __28th__ day of __July__, 2021.

RICHARD E. BOULWARE, II
United States District Court