AARON D. FORD
  Attorney General
TRISHA CHAPMAN (Bar. No. 12716)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Ste. 3900
Las Vegas, Nevada 89101
Phone: (702) 486-3107
Fax: (702) 486-2377
tchapman@ag.nv.gov
*Attorneys for Respondents*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OSCAR PEREZ-MARQUEZ,<br><br>    Petitioner,<br><br> vs.<br><br>JO GENTRY, *et al.*,<br><br>    Respondents. | Case No.: 2:17-cv-01501-RFB-BNW<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 106)**<br><br>**(SECOND REQUEST)** |

Respondents move this Court for an enlargement of time of 60 days from the current due date of February 14, 2022, up to and including April 15, 2022, in which to respond to Oscar Perez-Marquez's Third Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 106). This Motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel. This is the second enlargement of time sought by Respondents for their response and the request is brought in good faith and not for the purpose of delay.

DATED: February 14, 2022.

> AARON D. FORD
> Attorney General
>
> By: */s/ Trisha Chapman*
>       Trisha Chapman (Bar. No. 12716)
>       Deputy Attorney General

**DECLARATION OF TRISHA CHAPMAN**

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

I, TRISHA CHAPMAN, being first duly sworn under oath, deposes and states as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Oscar Perez-Marquez v. Jo Gentry, et al.*, Case No. 2:17-cv-01501-RFB-BNW, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay.

3. The deadline to respond to Perez-Marquez's Petition is February 14, 2022.

4. I have been unable with due diligence to timely complete the response herein. I have been balancing several professional deadlines and have filed responsive pleadings in *Stephen Lee Choate v. Nevada Attorney General*, 2:16-cv-00813-RFB-GWF (opposition to motion to release) and *Gerald Polk v. William Hutchings,* 2:21-cv-00513-RFB-DJA (motion to dismiss). I have also prepared a motion to dismiss in *Mario Espinoza v. William Gittere*, 3:21-cv-00198-MMD-CSD, which barring unforeseen circumstances, will be filed on or before February 17, 2022. Furthermore, I have been working on a substantive answer in *Teag Fox v. Calvin Johnson, et al.*, Case No. 2:21-cv-00380-JAD-NJK, which is also due February 17, 2022.

5. During this same time, I have also filed responsive pleadings in the Eighth Judicial District Court in the following state habeas cases: A-21-845267-W, A-21-845270, A-21-844943-W, A-21-846033-W, A-21-846036-W, A-21-846077-W, A-22-846327-W, A-22-846433-W and A-22-846329-W.

6. I contacted counsel for Perez-Marquez regarding this request and he has no objection.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. For the foregoing reasons, I respectfully request an enlargement of time of 60 days, up to and including April 15, 2022, in which to respond to Perez-Marquez's Petition.

Executed on February 14, 2022.

                               */s/ Trisha Chapman*
                               Trisha Chapman (Bar No. 12716)

IT IS SO ORDERED:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of February, 2022.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Enlargement of Time to Respond to Third Amended Petition for Writ of Habeas Corpus (ECF No. 106) (Second Request)* with the Clerk of the Court by using the CM/ECF system on February 14, 2022.

The following participants in this case are registered electronic filing system users and will be served electronically::

**Jamie Resch, Esq.**
RESCH LAW, PPLC
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
jresch@convictionsolutions.com

                          */s/ Marsha Landreth*
                          An employee of the Office of the Attorney General