UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OSCAR PEREZ-MARQUEZ,

                Petitioner,

v.

JO GENTRY, *et al.*,

                Respondents.

Case No. 2:17-cv-01501-RFB-BNW

**DISMISSAL ORDER**

      Counseled Petitioner Oscar Perez-Marquez commenced this federal habeas action on May 25, 2017. ECF No. 1. Perez-Marquez filed his third-amended petition on October 19, 2021. ECF No. 106. Respondents moved to dismiss the third-amended petition, and in response, Perez-Marquez moved to stay this case to return to state court to exhaust his unexhausted claims. ECF Nos. 112, 115. Respondents filed a non-opposition to the motion for stay. ECF No. 117. On May 9, 2022, this Court granted the motion for stay, administratively closing this case. ECF No. 118. Perez-Marquez now moves to reopen this matter and to voluntarily dismiss his third-amended petition with prejudice. ECF No. 120. Perez-Marquez explains that he "has obtained a favorable outcome in his state court post-conviction proceedings and there is no more relief to grant in this matter." Id. at 1. Based on Perez-Marquez's representations, this Court finds that dismissal of this action with prejudice is warranted.

      **IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to reopen this matter and lift the stay.

      **IT IS FURTHER ORDERED** that the Motion to Dismiss Proceedings with Prejudice (ECF No. 120) is granted. This matter is dismissed with prejudice.

///

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**, as reasonable jurists would not find the dismissal of the third-amended petition to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of the Court enter final judgment and re-close this case.

**DATED:** April 16, 2024



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT